■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMELL B. MORGAN, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered March 8, 2011. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.